# Court of Appeals
# of the State of Georgia

ATLANTA,  June 08, 2026

*The Court of Appeals hereby passes the following order:*

**A26O0010. KEESE v. SMITH.**

After due consideration, we hereby DENY Belinda Jean Keese's Emergency Verified Petition for Writ of Mandamus to Enforce Mandate of This Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/08/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*